IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT A. THOMAS AND
REEL NEET LAWN SERVICE, INC.,
D/B/A REEL NEET EROSION CONTROL                                              PLAINTIFFS

V.                                                       CIVIL ACTION NO. 3:19CV47-NBB-RP

REALTY VALUATION, INC.,
JOHN DOE CORPORATION, AND
JOHN DOES 1-5                                                                DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED**. This case is hereby dismissed with prejudice and closed.

This 26th day of June, 2019.

                                                /s/ Neal Biggers
                                                NEAL B. BIGGERS, JR.
                                                UNITED STATES DISTRICT JUDGE